IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-32-D

MATTHEW KEY,  )
 )
        Plaintiff,  )
 )
v.  )  **ORDER**
 )
DIRTY SOUTH CUSTOM SOUND &  )
WHEELS, DIRTY SOUTH CUSTOMS, INC.,  )
HISHAM BEDWAN, AMERICAN GENERAL  )
FINANCIAL SERVICES, ROBIN WORTHY,  )
and SHANNAN KING,  )
 )
        Defendants.  )

On February 6, 2009, defendant American General Financial Services of America, Inc. ("American General"), filed a motion to dismiss plaintiff's complaint [D.E. 4]. On March 2, 2009, defendants Dirty South Custom Sound & Wheels, Dirty South Customs, Inc., Hisham Bedwan, Robin Worthy, and Shannan King filed a motion to dismiss plaintiff's complaint [D.E. 16].

On March 2, 2009, plaintiff amended the complaint as a matter of course [D.E. 8]. See Fed. R. Civ. P. 15(a)(1)(A). Accordingly, each motion to dismiss [D.E. 4, 16] is DENIED as moot. The court will address defendant American General's motion to dismiss plaintiff's first amended complaint [D.E. 13] in due course.

SO ORDERED. This 22 day of May 2009.

                              JAMES C. DEVER III
                              United States District Judge